## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

LLOYD NEIL POPE,                          )
                                          )
     Plaintiff,                          )
                                          )
vs.                                       )    Case No.   CIV-07-1331-F
                                          )
                                          )
EDWIN CARNS, M.D., et al.,                )
                                          )
     Defendants.                         )

## <u>ORDER</u>

The Report and Recommendation of Magistrate Judge Doyle W. Argo is before the court.  (Doc. no. 85.)  This action is brought under 42 U.S.C. § 1983, alleging violation of plaintiff's constitutional rights.  Plaintiff is a prisoner appearing *pro se*, and his pleadings are liberally construed.

The Report recommends that plaintiff's "Motion for Order Granting Relief as Written Against Lindsay Municipal Hospital w/Brief in Support" (doc. no. 76), and plaintiff's "Motion to Show that the Paperwork for Service on Dr. Steven Magness was Sent w/Brief in Support and Attachments" (doc. no. 79), each be denied.  The Report states that any objection to the Report must be filed by February 25, 2009.  The Report  states that failure to make timely objection to the Report waives the right to appellate review of both factual and legal questions contained in the Report.  No objection to the Report has been filed, and no extension of time within which to object has been requested.

After review, with no objection having been filed, and having concluded that no further analysis is necessary here, Magistrate Judge Argo's Report and Recommendation of February 5, 2009, is hereby **ACCEPTED**, **ADOPTED**, and

**AFFIRMED**.  Accordingly, plaintiff's motion for an order granting relief  as written against  Lindsay  Hospital  (doc.  no.  76)  and  plaintiff's  motion  to  show  that  the paperwork  for  service  on  Dr.  Steven  Magness  was  sent  (doc.  no.  79)  are  each **DENIED**.  This action remains referred to the Magistrate Judge.

Dated this 11th day of March, 2009.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1331p007.wpd